**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DIMITRII KUCHER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 25-2945 (RBW) |
| MARCO RUBIO, in his official capacity as U.S. Secretary of State, et al., | ) | |
| Defendants. | ) | |

**ORDER**

On September 18, 2025, the parties filed a notice indicating that they consent to the referral of this case to a United States magistrate judge. See Notice, Consent, and Reference of a Civil Action to a Magistrate Judge at 1, ECF No. 6. Local Civil Rule 73.1 provides that "[t]he assigned district judge may [ ] issue an order directing reassignment of the case to a magistrate judge" "[i]f all parties consent to such an assignment[ and] a notice of consent signed by the parties or their attorneys [has been] filed with the Clerk and docketed." LCvR 73.1(b).

Accordingly, it is hereby

**ORDERED** that this case is **REFERRED** to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.

**SO ORDERED** this 18th day of September, 2025.

REGGIE B. WALTON
United States District Judge