IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DMITRII KUCHER,<br><br>        Plaintiff,<br><br>  vs.<br><br>MARCO A. RUBIO, in his official capacity as U.S. Secretary of State; MONTE HAWKINS, in his official capacity as Director of National Vetting Center; JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services; and KRISTI L. NOEM, in her official capacity as U.S. Secretary of Homeland Security;<br><br>        Defendants. | **4:26CV3115**<br><br><br>**ORDER OF DISMISSAL<br>OF CLAIMS** |

This matter comes before the Court on the parties' Joint Stipulation to Dismiss Claims without Prejudice (Filing No. 20). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's claims in Counts One, Two, and Four against Marco Rubio and Monte Hawkins be dismissed without prejudice with each party to bear its own costs, expenses, and attorneys' fees. All other claims in Plaintiff's amended complaint, remain.

Dated this 8th day of April, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge